AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
## for the
### Western District of Louisiana

| | | |
|---|---|---|
| United States of America<br>v.<br>**KILE MADSEN (01)**<br><br>Defendant | ) ) ) ) ) ) ) | Case No. 2:25-CR-00147-01<br>Judge Cain<br>Magistrate Judge LeBlanc |

FILED/REC'D 2025 AUG 19 P 2:58 CLERK OF COURT U.S. DISTRICT COURT WD OF WI

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* Kile Madsen ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 2244(a)(3) - Abusive Sexual Contact of a Minor
18 U.S.C. § 2243(a) - Sexual Abuse of a Minor

Date: 05/21/2025

*Issuing officer's signature*

City and state: Lafayette, Louisiana

David J. Ayo, United States Magistrate Judge
*Printed name and title*

---

### Return

This warrant was received on *(date)* 5/21/2025 , and the person was arrested on *(date)* 8/18/2025
at *(city and state)* Madison, WI .

Date: 8-18-2025

*Arresting officer's signature*

Dylan Thurmer   SA
*Printed name and title*